**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6    EDWARD LAWRENCE,

7            Plaintiff,                          No. C 14-1272 PJH

8        v.                                      **ORDER RE AMENDED COMPLAINT**

9    WELLS FARGO BANK, N.A.,

10           Defendant.
     _____/

11

12       Defendant in the above-captioned case filed a motion to dismiss on March 26, 2014,

13   and served the motion upon plaintiff's counsel on the same day.  Plaintiff did not file an

14   opposition to the motion, and instead filed an amended complaint on April 18, 2014.  The

15   amended complaint was filed two days later than was permitted under Federal Rule of Civil

16   Procedure 15(a)(1), and thus, was improperly filed.  However, it would be a waste of the

17   court's and the parties' resources to go forward with a hearing on the motion to dismiss the

18   original complaint.  Accordingly, the court suggests that defendant withdraw its motion to

19   dismiss the original complaint, as it is likely that, even if the motion were to be granted,

20   plaintiff would be given leave to amend his complaint anyway.  If defendant does withdraw

21   its motion to dismiss the original complaint, and later moves to dismiss the amended

22   complaint, the court will evaluate the amended complaint as a pleading that has been

23   amended once already.

24       Defendant shall either withdraw the motion to dismiss the original complaint or

25   advise the court that it wishes to go forward with the hearing no later than **May 1, 2014**.

26       **IT IS SO ORDERED.**

27   Dated: April 25, 2014

28                                             _____
                                               PHYLLIS J. HAMILTON
                                               United States District Judge