1   Robert A. Bailey (# 214688)
      rbailey@afrct.com
2   Kenneth A. Franklin (# 143809)
      kfranklin@afrct.com
3
4   ANGLIN, FLEWELLING, RASMUSSEN,
      CAMPBELL & TRYTTEN LLP
    199 South Los Robles Avenue, Suite 600
5   Pasadena, California 91101-2459
    Telephone:  (626) 535-1900
6   Facsimile:   (626) 577-7764

7   Attorneys for Defendant
    WELLS FARGO BANK, N.A., successor by
8   merger with Wells Fargo Bank Southwest, N.A.,
    f/k/a Wachovia Mortgage, FSB, f/k/a World
9   Savings Bank, FSB ("Wells Fargo")

10  Alex P. Zarcone
    The McCann Law Group, LLP
11  P.O. Box 928158
    San Diego, CA 92192
12  Tel:  (619) 800-3082 | Fax:  (858) 750-1049

13  Attorneys for Plaintiff
    EDWARD LAWRENCE
14
                    UNITED STATES DISTRICT COURT
15
            NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)
16

17
    EDWARD LAWRENCE,                    CASE NO.: 4:14-CV-01272-PJH
18
                  Plaintiff,            [The Honorable Phyllis J. Hamilton]
19
            v.                          **JOINT STIPULATION TO WITHDRAW
20                                       MOTION TO DISMISS COMPLAINT
    WELLS FARGO BANK, N.A.,              AND TO SET THE DATE TO RESPOND
21                                       TO THE FIRST AMENDED COMPLAINT**
                  Defendants.
22

23

24  **TO THE HONORABLE COURT:**

25          Plaintiff, EDWARD LAWRENCE ("plaintiff"), and defendant, WELLS FARGO BANK,

26  N.A., successor by merger with Wells Fargo Bank Southwest, N.A. formerly known as

27  WACHOVIA MORTGAGE, FSB formerly known as World Savings Bank, FSB ("Wells

28  Fargo"), through their counsel of record present the following stipulation to withdraw Motion to

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1  Dismiss Complaint and set time to respond to the First Amended Complaint.

2  <u>**RECITALS**</u>

3  1.      WHEREAS, Defendant Wells Fargo filed its Motion to Dismiss the Complaint

4  (Document No. 8) and Request for Judicial Notice in Support of Motion to Dismiss the

5  Complaint (Document No. 9) on March 26, 2014;

6  2.      WHEREAS, Plaintiff failed to timely respond to the Motion to Dismiss;

7  3.      WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") on April 18,

8  2014 (Document No. 18);

9  4.      WHEREAS, on April 25, 2014 this Court issued an Order requesting that the

10  Motion to Dismiss be withdrawn in light to the FAC (Document No. 19.);

11  5.      WHEREAS, Defendant Wells Fargo withdraws its Motion to Dismiss the

12  Complaint (Document Nos. 8 and 8-1) and Request for Judicial Notice in Support of Motion to

13  Dismiss the Complaint (Document No. 9);

14  6.      WHEREAS, the Parties agree that the response date to the FAC shall be or before

15  May 13, 2014;

16  7.      WHEREAS, this stipulation waives no rights of either Party.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

*ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP*

2

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1

## **STIPULATION**

2      **IT IS HEREBY STIPULATED** the Motion to Dismiss the Complaint is withdrawn and

3  that that the deadline for Wells Fargo to respond to the FAC shall be May 13, 2014.

4

5                                          Respectfully submitted,

Dated:  April 29, 2014                  THE MCCANN LAW GROUP, LLP

6

7                                          By:   /s/ Alex P. Zarcone
                                               Alex P. Zarcone
8                                          Attorneys for Plaintiff EDWARD LAWRENCE
Dated:  April 29, 2014                  ANGLIN, FLEWELLING, RASMUSSEN,
9                                             CAMPBELL & TRYTTEN LLP

10

11                                         By:   /s/ Kenneth A. Franklin
                                               Kenneth A. Franklin
12                                         Attorneys for Defendant
                                           WELLS FARGO BANK, N.A., successor by
13                                         merger with Wells Fargo Bank Southwest, N.A.,
                                           f/k/a Wachovia Mortgage, FSB, f/k/a World
14                                         Savings Bank, FSB ("Wells Fargo")

15            ATTESTATION PURSUANT TO GENERAL ORDER 45

16      I, Kenneth A. Franklin, attest that concurrence in the filing of this document has been

17  obtained from each signatory.  I declare under penalty of perjury under the laws of the United

18  States of America that the foregoing is true and correct.  Executed this day of April 30, 2014.

19                                         By:   /s/ Kenneth A. Franklin

20

21

22      THE MAY 14, 2014 HEARING DATE IS VACATED.

23

24                          5/6/14

25

26

27

28

CASE NO.: 4:14-CV-01272-PJH
JOINT STIP TO WITHDRAW MTD &
TO SET DATE TO RESPOND TO FAC

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**JOINT STIPULATION TO WITHDRAW MOTION TO DISMISS COMPLAINT AND TO SET THE DATE TO RESPOND TO THE FIRST AMENDED COMPLAINT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiff:*

Alex P. Zarcone
The McCann Law Group, LLP
P.O. Box 928158
San Diego, CA 92192

*Tel: (619) 800-3082*
*Fax: (858) 750-1049*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on April 30, 2014.

| Leslie Coumans | */s/ Leslie Coumans* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP